**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Wynne Transportation Holdings, LLC, et al., | : | Case No. 25-10027 (KBO) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.      **Western Motorcoach, Inc.**, Attn: Harry Bao, 11318 Bedford St, Houston, TX 77031, Phone: 832-328-1318, Email: hbao@westernmotorcoach.com

2.      **Sweet Grass Portables**, Attn: Blake or Clark Garton, P.O. Box 1305, Big Timber, MT 59011, Phone: 406-932-4433, Email: sweetgrassportables@gmail.com

3.      **El Camino Bus Lines and Los Chavez Autobuses, Inc.,** Attn: Martin Chavez, 911 Enid St., Houston, TX 77009, Phone: 832-799-0807, Email: caminobusiness@gmail.com

4.      **GETZ Transport Solutions, LLC,** Attn: George Pickard, 1708 Spring Garden Blvd, Suite 120-26, Katy, TX 77494, Phone: 713-410-4030, Email: george@getztransportsolutions.com

                               ANDREW R. VARA
                               United States Trustee, Region 3

                               */s/ Richard Schepacarter* for            
                               JOSEPH J. MCMAHON, JR.
                               ASSISTANT UNITED STATES TRUSTEE

DATED: January 27, 2025

Attorney assigned to this Case: Richard Schepacarter, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497