## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| WYNNE TRANSPORTATION HOLDINGS, LLC, *et al.*,[1] | Case No. 25-10027 (KBO) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: Apr. 11, 2025 at 10:00 a.m. [ET]**<br>**Deadline: Arp. 4, 2025 at 4:00 p.m. [ET]** |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF STEVENS & LEE PC AS ATTORNEYS TO ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 327(A) AND 328(A), FED. R. BANKR. P. 2014 AND DEL. BANKR. L.R. 2014-1 EFFECTIVE AS OF FEBRUARY 28, 2025

Upon the Motion[2] of Alfred T. Giuliano (the "Trustee"), the chapter 7 trustee for the estates of Wynne Transportation Holdings, LLC, *et al.* (the "Debtors"), requesting the entry of an order, pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014, and Del. Bankr. L.R. 2014-1, authorizing the employment and retention of the law firm of Stevens & Lee PC ("Stevens & Lee") as his attorneys in these cases, effective as of February 28, 2025 (the "Motion"), as more fully set forth in the Motion; and upon the Affidavit of Jason C. Manfrey, Esquire (the "Manfrey Affidavit"), which is an attachment to the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having determined that sufficient and proper notice has been given and it appearing that no

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtors' federal tax identification number, are: Wynne Transportation Holdings, LLC (0566), Wynne Transportation, LLC (8255), Coastal Crew Change Company, LLC (9550), WTH Commercial Services, LLC (9379), Southwest Crew Change Company, LLC (8777), Great Plains Crew Change Company, LLC (5926), and Allegheny Crew Change Company, LLC (9234). The Debtors' address is 14110 N. Dallas Parkway, Suite 240, Dallas, Texas 75254.

[2] Terms not otherwise defined herein shall have their meanings as defined in the Motion.

SL1 2662356v2 120721.00001

other or further notice need be given; and after due deliberation and sufficient cause appearing

therefore,

## THE COURT FINDS AND CONCLUDES:

A.    The Court has jurisdiction over these cases pursuant to 28 U.S.C. § 1334(b).

B.    Due and adequate notice of the Motion has been given to all parties entitled thereto,

and no other further notice is necessary or required.

C.    Based on the information available to Stevens & Lee to date and the disclosures

Stevens & Lee has made to date, Stevens & Lee does not have or represent any interest materially

adverse to the interest of the Debtors' estates, any other parties in interest, or in connection with

the Debtors' cases.

D.    Stevens & Lee is a "disinterested person" as that term is defined in 11 U.S.C.

§ 101(14).

E.    The retention and employment of Stevens & Lee as attorneys for the Trustee is

necessary and in the best interest of the Debtors' estates and the creditors.

## THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.    The Motion is GRANTED as set forth herein.

2.    Pursuant to Section 327(a) of the Bankruptcy Code, the Trustee is authorized to

employ and retain Stevens & Lee as counsel to the Trustee, effective as of  February 28, 2025, on

the terms set forth in the Motion.

3.    Stevens & Lee shall file applications and be compensated in accordance with

Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures, the

District of Delaware Local Bankruptcy Rules and such other procedures as may be fixed by order

of this Court.

SL1 2662356v2 120721.00001

4.      The Trustee and Stevens & Lee are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

SL1 2662356v2 120721.00001