# Exhibit "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| WYNNE TRANSPORTATION HOLDINGS, LLC, *et al.*,[1] | Case No. 25-10027 (KBO) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF JASON C. MANFREY, ESQUIRE

COMMONWEALTH OF PENNSYLVANIA :
                                                                          :   SS
MONTGOMERY COUNTY                      :

JASON C. MANFREY, being duly sworn according to law, deposes and says:

1.     I am a shareholder of the law firm Stevens & Lee PC ("Stevens & Lee"), with offices located at 620 Freedom Business Center, Suite 200, King of Prussia, PA 19406, and I am admitted to practice law in the Commonwealth of Pennsylvania and in the State of New Jersey. Unless otherwise stated in this Affidavit (the "Affidavit"), I have personal knowledge of the facts set forth herein, or knowledge of such facts based upon the information contained in the books and records of Stevens & Lee.

2.     This Affidavit is being submitted in support of the Motion (the "Motion") of Alfred T. Giuliano (the "Trustee"), the chapter 7 trustee for the estates of Wynne Transportation Holdings, LLC, *et al.* (the "Debtors"), for entry of an order, pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and Del. Bankr. L.R. 2014-1, authorizing the employment and

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtors' federal tax identification number, are: Wynne Transportation Holdings, LLC (0566), Wynne Transportation, LLC (8255), Coastal Crew Change Company, LLC (9550), WTH Commercial Services, LLC (9379), Southwest Crew Change Company, LLC (8777), Great Plains Crew Change Company, LLC (5926), and Allegheny Crew Change Company, LLC (9234). The Debtors' address is 14110 N. Dallas Parkway, Suite 240, Dallas, Texas 75254.

retention of Stevens & Lee, as attorneys to the Trustee, in these cases effective as of February 28, 2025.

3.      To the best of my knowledge and except as disclosed herein, Stevens & Lee is not aware of any conflict of interest in connection with its representation of the Trustee in these cases.

4.      Stevens & Lee maintains a computerized database which contains, inter alia, (1) all present and former clients of Stevens & Lee, (2) the names of the parties who are or were related or adverse to such client, and (3) the names of Stevens & Lee personnel who are or were responsible for the matters.  I have caused the database to be searched and compared to the names of the persons and entities listed on **Schedule A** to this Affidavit to determine whether Stevens & Lee may have a potential conflict or connection with the persons or entities listed therein (collectively, the "Interested Parties").

5.      Based on the results of Stevens & Lee's search of its database, it appears that Stevens & Lee does not hold or represent any interest adverse to and has no connection, subject to the disclosures set forth below, with the Interested Parties, including the Debtors, the creditors, the U.S. Trustee, any person employed in the Office of the United States Trustee, and the U.S. Bankruptcy Court for the District of Delaware, and is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, and disclosed herein as follows:

a.      None.

6.      Stevens & Lee may have in the past represented, may currently represent, and may in the future represent, certain entities that are claimants or potential claimants of the Debtors, or other parties in interest, in matters wholly unrelated to the Debtors and these chapter 7 cases. Except as set forth herein, I am not aware of Stevens & Lee performing any services for any such person or entity in connection with these cases, or having any relationship with any such person or entity, their attorneys or accountants that is adverse to the Debtors or the estates.

2

7.      Furthermore, Stevens & Lee appears in cases, proceedings and transactions involving various attorneys, accountants, financial consultants and investment bankers, some of which now, or may in the future, represent themselves be claimants and parties in interest in these chapter 7 cases.  From time to time, Stevens & Lee represents various attorneys, accountants, financial consultants and investment bankers, some of which now or may in the future, represent or be claimants or parties in interest in these chapter 7 cases.  At this time, Stevens & Lee is not aware of such representations except as may be noted above.

8.      Based upon the foregoing, and except as disclosed herein, Stevens & Lee is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) in that Stevens & Lee:

    a.      is not a creditor, equity security holder, or insider of the Debtors;

    b.      is not and was not, investment bankers for any outstanding security of the Debtors;

    c.      has not been, within three (3) years before the date of the filing of the Debtors' chapter 11 petitions (i) an investment banker of the Debtors, or (ii) an attorney for such an investment banker in connection with the offer, sale, or issuance of security of the Debtors;

    d.      is not, and was not within two (2) years before the date of filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors; and

    e.      does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or any investment banker specified in subparagraph (b) of this paragraph, or for any other reason.

9.      In addition, Stevens & Lee does not hold or represent any interest adverse to the Debtors' estates, except as set forth herein.

10.      Stevens & Lee intends to apply to the Court for interim and final allowance of compensation for professional services rendered and reimbursement of expenses incurred in accordance with Sections 330 and 331 of the Bankruptcy Code and the other applicable provisions

3

of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by orders entered by the Court.

11.     Subject to Court approval in accordance with Section 330 of the Bankruptcy Code, compensation will be payable to Stevens & Lee at its normal and customary rates, plus reimbursement of actual, necessary expenses and other charges incurred.  The principal attorneys presently designated to represent the Trustee and their current standard hourly rates are:

      a.     Joseph Huston - $ 1,020 per hour

      b.     Jason Manfrey - $760 per hour

      c.     Constantine Pourakis - $1,050 per hour

12.     The hourly rates set forth above are Stevens & Lee's standard hourly rates for work of this nature.  These rates are set at a level designed to fairly compensate Stevens & Lee for the work of its attorneys and to cover fixed and routine overheard expenses.  These rates are subject to periodic adjustments to reflect economic and other conditions.  Other attorneys may from time to time serve the Trustee in connection with the matters herein described.

13.     No promises have been rendered by or to Stevens & Lee as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. Stevens & Lee has no agreement with any other person (other than customary agreements among the partners of Stevens & Lee) for the sharing of compensation to be received by Stevens & Lee in connection with the services rendered in these cases.

14.     To the extent that Stevens & Lee discovers any connection with any Interested Party or enters into any new relationship with any Interested Party, Stevens & Lee will promptly supplement its disclosure to the Court.

15.     I declare under penalty that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Jason C. Manfrey, Esquire
Stevens & Lee P.C.

Sworn and ascribed to me on this
13th day of March, 2025

Commonwealth of Pennsylvania - Notary Seal
Maria J. Franey, Notary Public
Montgomery County
My Commission Expires June 17, 2028
Commission Number 1298724

5

## SCHEDULE A

## POTENTIAL PARTIES IN INTEREST

### Debtors

Wynne Transportation Holdings, LLC (d/b/a U.S. Crew Change)
Wynne Transportation, LLC (f/k/a Great Plains Crew Change)
Coastal Crew Change Company, LLC
WTH Commercial Services, LLC (d/b/a Mountain Crew Change)
Southwest Crew Change Company, LLC
Great Plains Crew Change Company, LLC
Allegheny Crew Change Company, LLC

### Current and Former Directors and Officer

Matt Keis
John Montgomery
Kelsey Broyles
Matt Kahn

### Equity Security Holders

Bedford Wynne
Gemini Investors VI, L.P.

### Secured Lenders/Banks

Prosperity Bank

### Chapter 7 Trustee

Alfred T. Giuliano

### Chapter 7 Bankruptcy Professionals

Stevens & Lee
Giuliano Miller & Company

### Chapter 11 Bankruptcy Professionals

Ankura Capital Advisors
Ankura Consulting Group
Landis Rath & Cobb, LLP
Omni Agent Solutions, Inc.

### Benefit Providers

Guardian Life Insurance Company Of America

S-1

Key Benefit Administrators
Securian Financial
Teladoc
The Standard
UnitedHealthcare
Uprise Health (Guardian)
Wex

### Current Customers

SLCH Cheer
St John Elementary
Aimee Fontenot
Alpine Transmission
American Legion
American Public Power Association
Angela Dautriel
Angela Redmon
Astro Asia USA
Astro Asia Tour
Barbe High School
Basion Radio Network
Bauer Excavating
Bell City HS
Best Priced Firewood
Bette Daspit
Big Sky Linen & Uniform
Boris KRGA International
Buffalo Pittsburgh Rail Road
Butch Kaylor
Butler City Fire Department
Butler City Public Works
Butler Township
Cameron Walkup
Casper Shrine Club
Centerpoint Energy
Chandalier Jones
Chautauqua County DSS
Chenault International Airport Authority
Clay Courtier
Clearfield Township
Cletus Lee
Coach USA
Coach USA Erie
Coach USA Lenzner
Coach USA Wisconsin
Coby Wallace

S-2

Cowboy Clean Fuel
CPSB Houston Zoo
CSE Federal Credit Union
D Dewey
Dalton Geibel
Daniel Hillard
Darrell Rimbey
Dave Zanicky
DeRidder High School
Donegal Township
Double EE Contractors, LLC
Dumbaugh Electric
E&E Developers
E.K. Key Elementary
Edison Chouest Offshore Companies
Elizabeth Miller
EmilyJones
EMIT Technologies
Energy Policy Network
Etzel Masonry
FK White Middle School
FPC Lake Charles
Gabrielle Moore
Gillette College
Great Plains Dispatch
Grit & Gater
Gulf Coast Marine Fabricators, LLC
Habitat Recovery Non Profit
Herman Vol Fire Dept
Hiles Excavating
Hixon Funeral Home
Hixson-Snider Funeral Home
Imperial Calcasieu Museum
Jamie Snook
Jasmine Harris
JC Lyons
Jennifer Constantin
John J Johnson Elementary
Keith Irons
Kelly Clark
Kelsie Bergbigler
KGHL
King Ranch
Kortney Simmers
Lake Arthur High
Larry Grabe

S-3

Lenzner Tours
Lone Pine Bus Lines, Inc
Lou Etzel
Lower Colorado River Authority
Lucas Barrow
Mackenzie Brown
Maxie Shelvin
McNeese State University
Mike Albert
Mindya Biness Tours
Moose Lodge
MV Transit
Neil Walker
New Years Eve Buck & Ball
NTEC – Antelope Mine
NY State Department of Transportation
Oakland Township
O'Donnel Transport
Oneida Valley
OSG Materials
Peabody Powder River
PFS Group
Ray Riso
Reeves Temple
Ritenour Lawn Care
Rob Acord
Roy Hoffman
Saint Vincent Depaul
Sasol North American Operations
SBRD2
Southern Devall
St. John Elementary
Stillwater East Boulder
Stillwater Nye Contract
Sulphur High School
Summit Township
Swank
SWLA Charter Academy
T A Nelson
Tamara Grimm
Tamburitzans
Teresa Ernst
TGS
Tom Jacues
Trinity Tour Travels
Tyler Miller

S-4

USPFO Montana J4
Venango Township
Vessel Project of Louisiana
WC Rasely
Welsch High School
Western Heights Elementary
Westmoreland Transit
Whiting-Turner/P.J. Dick, JV
Wyoming Machinery
Yates

## Insurance Companies/Brokers/Premium Financier

AFCO Credit Corporation
Argonaut Insurance Company
Axis Surplus Insurance Company
Carolina Casualty Insurance Company
Lexington Insurance Company
McGriff, Seibels & Williams, Inc.
RSUI Indemnity Company
State of Wyoming Department of Workforce Services
Texas Mutual Insurance Company

## Landlords

4W Properties
Anthony L. Brinkoetter
Beartooth Industries
Bob Kaylor
Coach Properties
Coach Properties-1
Coach Properties-2
Coach Properties-3
Coach Properties-4
Coach Properties-5
Coach Properties-6
Columbus 1 Re2, LLC
Cook Properties
Dallas Parkway Plaza, LLC
Gasstop Two
HDDA- Billings, LLC
HRT Rentals
Kidwell Center
Kristy M. Lewis
Livingston Landlady
Lone Tree VIllage 108
Lone Tree VIllage 24

S-5

Montana Works
Nathan A. Beck
North Platte Agency, LLC
Oakland Land Development
Park County Fair
RB Payson
Salvador Properties, LLC
Schon, LLC
St Mary's Catholic Church
Susan Carter
Svjetlana T. Beck
Tom Kaylor
Top Hat Storage
William G. Kaylor John

### Lienholders

Auxilior Capital Partners, Inc
Bridgestone Americas
Gram Sigma
Pathward, National Association
Prosperity Bank

### Litigation Parties

City of Chicago
Damonica Jones
Eugenia Dickerson
Fred Wherland
GETZ Transport Solutions, LLC
John Tate
Justin Craig Fernandez
Keisha Sonnier
Maurice O'Brien
Patricia Thomas
Tracy M. Hearn

### Regulatory and Government

City of Dallas
City of Houston Municipal Courts
City of Irving – Municipal Services
City of Orange
Office of Labor Commissioner
United States Treasury

S-6

## **Significant Vendors**

Aim Technologies
Chacon's Design Studio
Distinctive Systems Inc
Electronic Funds Source, LLC
KBA Self Funded
Paycom Payroll, LLC
T-Chek
Texas Department of Motor Vehicles
Texas Mutual
Tradition Equipment, LLC
Trans Lease, Inc
Whitley Penn

## **Taxing Authorities**

Alabama Department of Revenue
Arizona Department of Revenue
Arkansas Department of Finance and Administration
California Department of Revenue
California Employment Development Department
Colorado Employment Development Department
Columbus Income Tax Division
Comptroller of Maryland
Dallas County Tax Office – John R. Ames, CTA
Florida Employment Development Department
Georgia Employment Development Department
Idaho State Tax Commission
Illinois Department of Revenue
Internal Revenue Service
Louisiana Department of Revenue
Mississippi Department of Revenue
Montana Department of Revenue
New Jersey Department of the Treasury
New Mexico Taxation and Revenue
New Mexico Taxation and Revenue Department
New York Department of Taxation and Finance
North Carolina Department of Revenue
Ohio Department of Job and Family Resources
Ohio Department of Taxation
Oregon Department of Revenue
Pennsylvania Department of Revenue
South Dakota Department of Revenue
State of California Franchise Tax Board
Tennessee Department of Revenue
Texas Comptroller of Public Accounts

S-7

The City of Columbus Income Tax Division
Utah Department of Revenue
Washington Department of Revenue
West Virginia Tax Division
Wisconsin Department of Revenue
Wyoming Virginia Tax Division

## Unions

AFL-CIO, Eastern States Joint Board, Local 298
AFL-CIO, ESJB Amalgamated Local 1931
Building Material and Construction Drivers, Helpers and Material Handlers, Teamsters Local No. 341

## United States Trustee, Judges and Court Contacts for the District of Delaware

**US Trustee and Staff:**
Attix, Lauren
Bates, Malcolm
Bu, Fang
Casey, Linda
Cudia, Joseph
Dice, Holly
Dortch, Shakima L.
Fox, Timothy J. Jr.
Giordano, Diane
Girello, Michael
Green, Christine
Hackman, Benjamin
Jones, Nyanquoi
Konde, Hawa
Leamy, Jane
Lipshie, Jonathan
McCollum, Hannah M.
McMahon, Joseph
Nyaku, Jonathan
O'Malley, James R.
Richenderfer, Linda
Schepacarter, Richard
Serrano, Edith A.
Sierra-Fox, Rosa
Thomas, Elizabeth
Wynn, Dion

**Judges and Staff:**
Barksdale, Nickita
Batts, Cacia

Bello, Rachel
Brady, Claire
Capp, Laurie
Cayello, Robert
Farrell, Catherine
Gadson, Danielle
Haney, Laura
Honorable Ashley M. Chan
Honorable Brendan Linehan Shannon
Honorable Craig T. Goldblatt
Honorable J. Kate Stickles
Honorable John T. Dorsey
Honorable Karen B. Owens
Honorable Laurie Selber Silverstein
Honorable Mary F. Walrath
Honorable Thomas M. Horan
Hrycak, Amanda
Johnson, Lora
Lopez, Marquietta
Lugano, Al
O'Boyle, Una
Ranieri, Joan
Subda, Paula
Szymanski, Cheryl
Walker, Jill
Washington, Nikki
Yeager, Demitrai

### Unsecured Trade/Vendors/Other

ABC Bus, Inc.
ABC Companies
Andrews Myers, P.C.
Ascentium Capital, LLC
AWSI DBA Disa, Inc.
Bridgestone Americas, Inc.
Chacon's Design Studio
Dallas Parkway Plaza, LLC
DATTCO, Inc.
Doyle's Diesel & Sons, Inc.
El Paso United Charters, LLC
Electronic Funds Source
Electronic Funds Source, LLC
Esbrook Law PC
Game Time Transportation, LLC
HotelEngine, Inc.
Hovis Auto Truck & Supply

S-9

Inter-State Oil Co.
Interstate Power Systems, Inc. – Gillette
I-State Truck Centers
Joelita Bufete
KBA Self Funded
Kelly Hart & Hallman, LLP
Kenworth of Louisiana, LLC
Kenworth Sales Company
Lily's Bus Line, Inc.
Lindeman Esq
Master's Leasing & Rental
Mayo Tours, Inc.
Motive Technologies, Inc.
NAPA Auto Parts
NFI Aftermarket Parts
NFI Parts The Aftermarket Parts Company, LLC
Northern Desert Mechanical, LLC
Oakland Land & Development, LLC
OK Tours, LLC
PB Minn Leasing, LLC
PB Roch Leasing, LLC
Proskauer Rose, LLP
RB Payson, LLC
River Bluff Motorcoach, Inc.
Ron Turley Associates, Inc.
Rush Truck Centers of Idaho, Inc.
Samsara
Signal 88, LLC
Smith Power Product, Inc.
Splash Truck And Auto Wash, LLC
Standard Retirement Services, Inc.
Stinson, LLP
Sumitomo Mitsui Finance & Leasing Co, LTD
Sweet Grass Portables, LLC
T-Chek
Temsa North America, Inc.
Texas Department of Motor Vehicles
Thomas Edwards Group, Inc.
Titus Leasing Company
Tradition Equipment, LLC
Trans Lease, Inc.
Western Motorcoach
Windels Marx Lane & Mittendorf, LLP
Windstar Lines
Wurth USA, Inc.

**Utilities Providers**

AT&T Mobility
Black Hills Energy
Butler Area Sewer Authority
Calcasieu Water
CC Communications
Center Point Energy
Century Link
City of Douglas
City of Gillette
City of Livingston Utility
Desert Disposal
Elko Broadcasting Company, Inc.
Elko Sanitation
Entergy
Montana Dakota Utilities Co.
Northwestern Energy
NV Energy
Optinum Business
Payson Utah Electric
Pennsylvania American Water
Peoples Gas
Rev Business
RL Frank Septic
Rocky Mountain Power
Simple Fiber Communications
Spectrum Enterprises
Verizon
Verizon Business
Waste Connections of Wyoming
Waste Management
Waste Management National Services
Waste Management of Texas Inc.
WestPenn Power