# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| WYNNE TRANSPORTATION HOLDINGS, LLC, *et al.*,[1] | Case No. 25-10027 (KBO) |
| Debtors. | (Jointly Administered) |

I, Joseph Huston, hereby certify that on March 13, 2025, the foregoing *Chapter 7 Trustee's Motion for an Order Authorizing the Retention and Employment of Stevens & Lee P.C. as Attorneys for Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327(A) and 328(A), Fed. R. Bankr. P. 2014 and Del. Bankr. L.R. 2014-1 Effective as of February 28, 2025* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users, and directly *via* regular mail upon the parties listed on the attached Service List.

/*s*/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr. (No. 4035)

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtors' federal tax identification number, are: Wynne Transportation Holdings, LLC (0566), Wynne Transportation, LLC (8255), Coastal Crew Change Company, LLC (9550), WTH Commercial Services, LLC (9379), Southwest Crew Change Company, LLC (8777), Great Plains Crew Change Company, LLC (5926), and Allegheny Crew Change Company, LLC (9234). The Debtors' address is 14110 N. Dallas Parkway, Suite 240, Dallas, Texas 75254.

SL1 2669706v1 120721.00001

## SERVICE LIST

| | | |
|---|---|---|
| AFCO Credit Corporation<br>150 N. Field Dr Ste 190<br>Lake Forest IL 60045 | Alabama Department of Revenue<br>50 N Ripley St<br>Montgomery, AL 36130 | Argonaut Insurance Company<br>501 7th Ave, 7th Fl<br>New York, NY 10018 |
| Arizona Department of Revenue<br>1600 W Monroe St<br>Phoenix, AZ 85007 | Arkansas Department of Finance and Administration<br>P.O. Box 3278<br>Little Rock, AR 7220334 | AT&T Mobility<br>P.O. Box 6493<br>Carol Stream, IL 60197-6463 |
| Auxilior Capital Partners, Inc.<br>620 W Germantown Pike, Ste 450<br>Plymouth Meeting, PA 19462 | Axis Surplus Insurance Company<br>92 Pitts Bay Rd<br>Pembroke, HM 08 Bermuda | Black Hills Energy<br>P.O. Box 7966<br>Carol Stream, IL 60197-7966 |
| Bridgestone Americas Tire Operations, LLC<br>200 4th Ave, Ste 100<br>Nashville, TN 37201 | Butler Area Sewer Authority<br>290 S Duffy Rd<br>Butler, PA 16001 | California Department of Revenue<br>P.O. Box 942879<br>Sacramento, CA 94279 |
| California Employment Development Department<br>P.O. Box 826880 - UISD, MIC 40<br>Sacramento, CA 94280-0001 | CC Communications<br>899 S Maine St<br>Fallen, NV 89406 | Center Point Energy<br>P.O. Box 4981<br>Houston, TX 77210-4981 |
| City of Douglas<br>P.O. Box 1030<br>Douglas, WY 82633 | City of Gillette<br>P.O. Box 3003<br>Gillette, WY 82717-3003 | City of Livingston Utility<br>220 E Park<br>Livingston, MT 59047 |

| | | |
|---|---|---|
| Colorado Employment Development Department<br>621 17th St, Ste 100<br>Denver, CO 80202 | Columbus Income Tax Division<br>77 N Front St<br>Columbus, Ohio 43215 | Comptroller of Maryland<br>301 W Preston St<br>Baltimore, MD 21201 |
| Dallas County Tax Office<br>P.O. Box 139066<br>Dallas, TX 75313 | Desert Disposal<br>4062 W WMCA Blvd<br>Winnemucca, NV 89445 | Elko Broadcasting Company, Inc.<br>1800 Idaho Street<br>Elko, NV 89801 |
| Elko, NV 89801<br>P.O. Box 7428<br>Pasadena, CA 91109 | Entergy<br>P.O. Box 7428<br>Pasadena, CA 91109 | Florida Employment Development Department<br>107 E Madison St, Caldwell Bldg MSC 150<br>Tallahassee, FL 32399-4129 |
| Georgia Employment Development Department<br>148 Andrew Young Intl Blvd NE<br>Atlanta, GA 30303-1751 | Gram Sigma LLC<br>600 Brickell Ave, Ste 1725<br>Miami, FL 33131 | Idaho State Tax Commission<br>P.O. Box 36<br>Boise, ID 83722-041012 |
| Illinois Department of Revenue Bankruptcy Unit<br>P.O. BOX 19035 | Lexington Insurance Company<br>99 High St, 25th Fl<br>Boston, MA 02110-2378 | Louisiana Department of Revenue<br>P.O. Box 201<br>Baton Rouge, LA 70821-0201 |
| McGriff Insurance Services, Inc.<br>P.O. Box 890635<br>Charlotte, NC 28289 | Mississippi Department of Revenue<br>P.O. Box 1033<br>Jackson, MS 39215-1033 | Montana Dakota Utilities Co<br>P.O. Box 7608<br>Boise, ID 83707-1608 |

| | | |
|---|---|---|
| Montana Department of Revenue<br>P.O. Box 5805<br>Helena, MT 59604-5805 | New Jersey Department of the Treasury<br>Division of Administration<br>P. O. Box 211 | New Mexico Taxation and Revenue Department<br>P.O. Box 630<br>Santa Fe, NM 87504-0630 |
| New York Department of Taxation and Finance.<br>Correspondence Unit.<br>1 Centre St, 22nd Fl. | North Carolina Department of Revenue<br>P.O. Box 25000Raleigh, NC 27640-0640 | Northwestern Energy<br>11 E Park St<br>Butte, MT 59701-1711 |
| NV Energy<br>P.O. Box 30073<br>Reno, NV 89520-3073 | Ohio Department of Job and Family Resources<br>1111 E Broad St, #201<br>Columbus, OH 43205 | Ohio Department of Taxation<br>P.O. Box 530<br>Columbus, OH 43216-0530 |
| Oregon Department of Revenue<br>955 Center St NE<br>Salem, OR 97301-2555 | Pathward, National Association<br>5480 Corporate Dr, Ste 350<br>Troy MI US 48098 | Paycom Payroll LLC<br>7501 W Memorial Road<br>Oklahoma City, OK 73142 |
| Payson Utah Electric<br>439 W Utah Ave<br>Payson, UT 84651 | Pennsylvania American Water<br>P.O. Box 371412<br>Pittsburgh, PA 15250-7412 | Pennsylvania Department of Revenue<br>P.O. Box 280414<br>Harrisburg, PA 17128-0414 |

| | | |
|---|---|---|
| Peoples Gas<br>P.O. Box 747105<br>Pittsburg, PA 15274-7105 | Prosperity Bank<br>407 Throckmorton St, Ste 400<br>Ft Worth, TX 76102 | RL Frank Septic<br>96 Old Mill Rd<br>Park City, MT 59063 |
| Rocky Mountain Power<br>P.O. Box 26000<br>Portland, OR 97256-0001 | RSUI Indemnity Company<br>945 E Paces Ferry Rd NE, Ste 1800<br>Atlanta, GA 30326 | Simple Fiber Communications<br>2701 Brown Trl, Ste 308<br>Bedford, TX 76021 |
| South Dakota Department of Revenue<br>445 E Capitol Ave<br>Pierre, SD 57501 | Spectrum Enterprises<br>1900 Blue Crest Ln<br>San Antonio, TX 78247 | State Of California Franchise Tax Board    Bankruptcy Section MS A345, Business Bankruptcy<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| State of Wyoming Department of Workforce Services Division of Workers' Compensation<br>P.O. Box 20006<br>Cheyenne, WY 82003 | Tennessee Department of Revenue<br>500 Deaderick St<br>Nashville, TN 37242 | Texas Comptroller of Public Accounts<br>P.O. Box 13528<br>Austin, Texas 78711-3528 |
| Texas Mutual Insurance Company<br>P.O. Box 841843<br>Dallas, TX 75284-1843 | The City of Columbus Income Tax Division<br>77 N Front St<br>Columbus, OH 43215 | The Guardian Life Insurance Company of America<br>P.O, Box 677458<br>Dallas, TX 75267-7458. |

| | | |
|---|---|---|
| Twin City Fire Insurance Co. 1 College Park<br>8910 Purdue Rd<br>Indianapolis, IN 46268-0930 | United Healthcare<br>P.O. Box 94017<br>Palatine, IL 60094-4017 | Utah Department of Revenue<br>210 N 1950 W<br>Salt Lake City, UT 84134-0700 |
| Virginia Tax Division Office of Customer Services<br>P.O. Box 1115<br>Richmond, VA  23218-1115 | Washington Department of Revenue<br>P.O. Box 47473<br>Olympia, WA 98504-7473 | Waste Connections of Wyoming<br>P.O. Box 204<br>Casper, WY 82602 |
| Waste Management<br>P.O. Box 55558<br>Boston, MA 02205 | Waste Management National Services<br>P.O. Box 740023<br>Atlanta, GA 30374-0023 | Waste Management of Texas Inc<br>P.O. Box 3020<br>Monroe, WI 53566-8320 |
| West Virginia Tax Division<br>1001 Lee St E<br>Charleston, WV 25301 | West Penn Power<br>P.O. Box 371422<br>Pittsburgh, PA 15250-7422 | WEX, Inc.<br>1 Hancock Street<br>Portland, ME 04101 |
| Wisconsin Department of Revenue<br>P.O. Box 7871<br>Madison, WI 53707 | Wyoming Tax Division<br>4Casper, WY 82601<br>44 W Collins Dr | ABC Bus Inc. Attn: Barb Ennis<br>P.O. Box 856703<br>Minneapolis, MN 55485-6703 |

| | | |
|---|---|---|
| ABC Companies<br>Attn: Barb Ennis<br>P.O. Box 856703<br>Minneapolis, MN 55485-6703 | ACRI Defense LLC   dba Vidar Frontera Solutions<br>Attn: Bryan Smith<br>9804 Valencia Ave<br>Lubbock, TX 79424 | AFL-CIO, Eastern States Joint Board, Local 298<br>Attn: Jim Vogt<br>420 West Merrick Rd<br>Valley Stream, NY 11580 |
| Building Material and Construction<br>Drivers, Helpers and Material HandlersTeamsters Local 341<br>Attn: Joe Podolak<br>1231 Banksville Rd, 2nd Fl<br>Pittsburgh, PA 15216 | Burford Perry, LLP<br>Attn: Robert R Burford & Matt E Parks<br>909 Fannin St., Ste 2630<br>Houston, TX 76910 | Carolina Casualty Insurance Co<br>Attn: Theresa Reynolds<br>P.O. Box 639938<br>Cincinnati, OH 45263-9938 |
| CW Government Travel Inc dba CWT Sato<br>Attn: Ron Ivester<br>P.O. Box 100626<br>Arlington, VA 22210 | Delaney & AHLF Diesel Service Inc<br>Attn: Chris Jones<br>3901 Mercury Ave<br>Bakersfield, CA 93308 | Delaware State Treasury<br>820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 |
| El Camino Bus Lines Inc<br>Attn: Martin Chavez<br>911 Enid St Houston, TX 77009 | Esbrook Law PC<br>Attn: Shanice Bland<br>321 N Clark Chicago, IL 60654 | Gary E Parks, Attorney at Law<br>Attn: Gary Parks<br>2000 Bering Dr, Ste 260<br>Houston, TX 76957 |
| Gemini Investors VI, L.P.<br>20 William St, Ste 250<br>Wellesley, MA 02481 | GETZ Transport Solutions, LLC<br>Attn: George Pickard<br>1708 Spring Green Blvd, Ste 120-26<br>Katy, TX 77494 | Hotel Engine Inc<br>Attn: Accounts Receivable<br>1601 Wewatta St<br>Denver, CO 80202 |

SL1 2669706v1 120721.00001

| | | |
|---|---|---|
| Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>2970 Market St Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Inter-State Oil Co<br>Attn: Heather Aginaga<br>8221 Alpine Ave<br>Sacramento, CA 95826 |
| Kenworth of Louisiana, LLC<br>Attn: Anita F<br>P.O Box 1450<br>Gray, LA 70359 | Landis Rath & Cobb LLP<br>Attn: Matthew B Mcguire<br>P.O. Box 2087<br>919 Market Street Ste 1800<br>Wilmington, DE 19899 | Linebarger Goggan Blair & Sampson, LLP<br>3500 Maple Ave, Ste 800<br>Dallas, TX 75219 |
| Master's Leasing & Rental<br>Attn: Emily Irwin<br>800 Quik Trip Way<br>Belton, MO 64012 | McGriff, Seibels & Williams, Inc<br>Attn: Carolyn Blake<br>P.O. Box 890635<br>Charlotte, NC 28289 | NFI Aftermarket Parts<br>Attn: Ryan Horrell<br>P.O. Box 857758<br>Minneapolis, MN 55485 |
| Office of the Attorney General<br>Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | Office of the Attorney General<br>Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | Office of the Attorney General<br>Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 |
| Office of the Attorney General<br>Attn: Kathy Jennings  Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | Office of the Attorney General<br>Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | Office of the Attorney General<br>Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 |

| | | |
|---|---|---|
| Office of the Attorney General<br>Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | Office of the Attorney General<br>Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | Office of the Attorney General<br>Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 |
| Office of the Attorney General<br>Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY 82002 | Office of the Attorney General<br>Attn: Letitia A James<br>Dept of Law The Capitol, 2nd Fl<br>Albany, NY 12224 | Office of the Attorney General<br>Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 |
| Proskauer Rose LLP<br>One International Place<br>Boston, MA 02110 | Rush Truck Centers of Idaho Inc<br>Attn: Hannah Atack<br>4060 W Andco Dr<br>Idaho Falls, ID 83402 | Samsara<br>Attn: Billing Support<br>P.O. Box 735462<br>Dallas, TX 75373 |
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19904 | Standard Retirement Services Inc<br>Attn: Karen Graham<br>1100 SW 6th Ave<br>Portland, OR 97204 | STF Transportation LLC<br>Attn: Shirantha Fernando<br>5015 Carey Rd<br>Sacramento, CA 95835 |
| Stinson LLP<br>Attn: Tanya Kotzias<br>1201 Walnut St<br>Kansas City, MO 64106 | Sumitomo Mitsui Finance & Leasing Co, Ltd<br>Attn: Jamie Gao<br>P.O. Box 530023<br>Atlanta, GA 30353 | Sweet Grass Portables, LLC<br>Attn: Blake Garton<br>P.O. Box 1305<br>Big Timber, MT 59011 |

| | | |
|---|---|---|
| Temsa North America<br>Attn: Mirta Lopez<br>P.O. Box 748977<br>Atlanta, GA 30384-8977 | Texas Mutual Insurance Co<br>Attn: Accounts Receivable<br>P.O. Box 12058 Austin, TX 78711-2058 | Tradition Equipment, LLC<br>Attn: Ryan Geiger<br>1645 Lyndale Ave N<br>Faribault, MN 55021 |
| United States Attorney's Office<br>District of Delaware<br>1313 N Market St<br>Wilmington, DE 19801 | United Healthcare<br>Attn: Luke Chutko<br>P.O. Box 94017<br>Palatine, IL 60094-4017 | US Trustee for the District of Delaware     J. Caleb Boggs Federal Building<br>844 N King St, Rm 2207<br>Lockbox 35<br>Wilmington, DE 19801 |
| Whitley Penn<br>Attn: Kathleen Hale<br>640 Taylor St, Ste 2200<br>Ft Worth, TX 76102 | GETZ Transport Solutions, LLC<br>1708 Spring Green Blvd, Suite 120-26<br>Katy, TX 77494 | Carolina Casualty Insurance Company<br>PO Box 639938<br>Cincinnati, OH 45263-9938 |
| Sumitomo Mitsui Finance & Leasing Co, LTD<br>P.O. Box 530023<br>Atlanta, GA 30353 | ACRI Defense LLC dba Vidar Frontera Solutions<br>9804 Valencia Ave<br>Lubbock, TX 79424 | Tradition Equipment, LLC<br>1645 Lyndale Ave N<br>Faribault, MN 55021 |
| Rush Truck Centers of Idaho Inc<br>4060 W Andco Dr<br>Idaho Falls, ID 83402 | NFI Aftermarket Parts<br>P.O. Box 857758<br>Minneapolis, MN 55485 | McGriff, Seibels & Williams, Inc.<br>P.O. Box 890635<br>Charlotte, NC 28289 |

| | | |
|---|---|---|
| Texas Mutual Insurance Company<br>P.O. Box 12058<br>Austin, TX 78711-2058 | Inter-State Oil Co.<br>8221 Alpine Ave<br>Sacramento, CA 95826 | El Camino Bus Lines Inc<br>911 Enid St<br>Houston, TX 77009 |
| STF Transportation LLC<br>5015 Carey Rd<br>Sacramento, CA 95835 | Esbrook Law PC<br>321 N Clark<br>Chicago, IL 60654 | Temsa North America<br>P.O. Box 748977<br>Atlanta, GA 30384-8977 |
| Delaney & AHLF Diesel Service Inc<br>3901 Mercury Ave<br>Bakersfield, CA 933308 | Standard Retirement Services Inc<br>1100 SW Sixth Ave<br>Portland, OR 97204 | Kenworth of Louisiana, LLC<br>P.O. Box 1450<br>Gray, LA 70359 |
| CW Government Travel Inc DBA CWT Sato<br>P.O. Box 100626<br>Arlington, VA 22210 | AFL-CIO, ESJB<br>Amalgamated Local 1931<br>420 West Merrick Rd<br>Valley Stream, NY 11580 | Louisiana Workforce Commission<br>Attn: Stacy Wright Johnson<br>1001 North 23rd Street, First Floor<br>Bato Rouge, LA 70802 |
| State of Nevada Department of Taxation<br>Attn: Dana Snow<br>3850 Arrowhead Dr<br>Carson City, NV 89706 | Department of Treasury<br>Internal Revenue Service<br>Attn: Joseph Wathen<br>P.O. Box 7364<br>Philadelphia, PA 19101-7346 | Dallas County<br>Attn: LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>3500 Maple Avenue, Suite 800<br>Dallas, TX 75219 |

| | | |
|---|---|---|
| Utha State Tax Commission<br>ATTN: Bankruptcy Unit Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 84134-9000 | TBI Charters LLC<br>Attn: Ignacio P. Saucedo<br>11401 Glen Falloch Ct<br>Austin, TX 78754 | Greg's Welding Inc<br>P.O. Box 1807<br>Gillette, WY 82717-1807 |
| Alsco Inc.<br>3200 Prospector Dr<br>Casper, WY 82604 | Industrial Communications & Electronics Inc.<br>Attn: Kristi Harper<br>P.O. Box 31632<br>147 Erie Dr<br>Billings, MT 59101 | Security View LLC<br>Attn: Jade Evenson<br>5301 Bell Ave<br>Billings, MT 59106 |
| Valle Dorado Tours LLC<br>Attn: Samuel Amor<br>5022 Reno Dr<br>Pasadena, Texas 77505 | Vital Safety Supply LLC<br>Attn: Melissa Eskind<br>P.O. Box 9382<br>New Iberia, LA 70562 | Hunter Truck<br>Attn: Charles Miller<br>480 Pittsburgh Rd.<br>Butler, PA 16002 |
| Motor Power Equipment Co.<br>Attn: Ronald Cole<br>P.O. Box 80030<br>Billings, MT 59108 | | |