# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7, converted from Chapter 11 |
| WYNNE TRANSPORTATION HOLDINGS, LLC, *et al.*,[1] | Case No. 25-10027 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 120** |

## NOTICE OF FILING OF SCHEDULE OF UNPAID DEBTS

**PLEASE TAKE NOTICE** that, on February 27, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* [D.I. 120] (the "Conversion Order"), thereby converting the chapter 11 cases of the above-captioned debtors and debtors-in-possession (the "Debtors") to cases under chapter 7 of title 11 of the United States Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Conversion Order and in accordance with rule 1019(e)(1)(A) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Debtors hereby submit their schedule of unpaid debts incurred from January 10, 2025, through and including February 27, 2025, the date upon which the Conversion Order was entered, which is attached hereto as **Exhibit A** (the "Schedule").

**PLEASE TAKE FURTHER NOTICE** that nothing included in the Schedule is intended or shall be deemed to (i) constitute an admission as to the validity of any debt or (ii) impair, prejudice, waive or other affect any rights, claims, or defenses of the Debtors and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Wynne Transportation Holdings, LLC (0566), Wynne Transportation, LLC (8255), Coastal Crew Change Company, LLC (9550), WTH Commercial Services, LLC (9379), Southwest Crew Change Company, LLC (8777), Great Plains Crew Change Company, LLC (5926), and Allegheny Crew Change Company, LLC (9234). The Debtors' address is 14110 N. Dallas Parkway, Suite 240, Dallas, Texas 75254.

{1468.002-W0080355.}

their estates with respect to the debts listed therein.  The Schedules were prepared based on information available at time of preparation, and inadvertent errors or omissions may exist.  The undersigned does not make any representations or warranties as to the completeness or accuracy of the information set forth in the Schedule and reserves all rights to amend the Schedule as may be necessary or appropriate.

Dated: March 13, 2025
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Joshua B. Brooks*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Joshua B. Brooks (No. 6765)
Clifford R. Wood, Jr. (No. 7130)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
      mcguire@lrclaw.com
      brooks@lrclaw.com
      wood@lrclaw.com

*Counsel to Former Chapter 11 Debtors*