# **Exhibit A**

**Wynne Transportation Holdings, LLC**
Unpaid AP Detail as of Conversion Date | Post-Petition Only

March 13, 2025

| Name | Amount | Address 1 | Address 2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Auxilior Capital Partners, Inc | $493,306.05 | 620 West Germantown Pike | Suite 450 | Plymouth Meeting | PA | 19462 | USA |
| Tradition Equipment, LLC | 175,667.74 | 1645 Lyndale Ave. N | Suite 101 | Faribault | MN | 55021 | USA |
| Coach Properties LLC | 40,272.67 | 1001 S Douglas Hwy | Ste 292 | Gillette | WY | 82716 | USA |
| Sumitomo Mitsui Finance and Leasing Co., LTD | 21,515.41 | 666 Third Ave. | 8th Floor | New York | NY | 10017 | USA |
| ABC Bus Inc. | 19,952.05 | PO Box 856703 | | Minneapolis | MN | 55485-6703 | USA |
| Trans Lease, Inc | 17,111.00 | 1400W 62nd Ave | | Denver | CO | 80221 | USA |
| PB Minn Leasing, LLC | 12,992.90 | 101 East 10th Street | | Hastings | MN | 55033 | USA |
| interstate Power Systems Inc - Gillette | 12,674.62 | 10750 Hwy 59 South | | Gillette | WY | 82716 | USA |
| NAPA Auto Parts | 11,714.30 | 331 12th Street | | Elko | NV | 89801 | USA |
| Rush Truck Centers of Idaho Inc | 10,760.67 | PO BOX 2208 | | Decatur | AL | 35609 | USA |
| Salvador Properties, LLC | 10,711.99 | 2402 Misty Wood St | | Lake Charles | LA | 70605 | USA |
| Smith Power Product Inc | 10,416.74 | 3065 West California Ave | | Salt Lake City | UT | 84104 | USA |
| PB Roch Leasing, LLC | 9,744.68 | 101 East 10th Street | | Hastings | MN | 55033 | USA |
| Bridgestone Americas Inc | 9,323.59 | PO Box 730026 | | Dallas | TX | 75373-0026 | USA |
| Douglas Snow Removal LLC | 9,240.00 | 830 E Richards St | Ste 2 | Douglas | WY | 82633 | USA |
| Cook Properties LLP | 9,063.59 | 729 Clear Creek Rd | | Roberts | MT | 59070 | USA |
| DATTCO INC | 8,300.04 | 800 South St. | | New Britain | CT | 6051 | USA |
| Dallas Parkway Plaza LLC | 8,272.58 | 14114 N Dallas Parkway | Suite 220 | Dallas | TX | 75243 | USA |
| Titus Leasing Company | 7,439.00 | 1851 Center St | | Camp Hill | PA | 17011 | USA |
| Inter-State Oil Co. | 7,088.55 | 8221 Alpine Avenue | | Sacramento | CA | 95826 | USA |
| Top Hat Storage | 6,650.00 | 2749 Last Chance Rd | | Elko | NV | 89801 | USA |
| NFI Parts THE AFTERMARKET PARTS COMPANY, LLC | 6,643.74 | PO Box 857758 | | Minneapolis | MN | 55485 | USA |
| Electronic Funds Source LLC | 6,489.83 | PO Box 630038 | | Cincinnati | OH | 45263 | USA |
| Ascentium Capital, LLC | 6,416.23 | 23970 Hwy 59 N | | Kingwood | TX | 77339-1535 | USA |
| Signal 88 LLC | 6,384.00 | PO Box 8246 | | Omaha | NE | 68108 | USA |
| Adobe Inc | 6,216.88 | 345 Park Ave | | San Jose | CA | 95110-2704 | USA |
| Oakland Land & Development LLC | 6,166.52 | PO Box 952 | | Natchez | MS | 39121 | USA |
| River Bluff Motorcoach, Inc. | 6,096.78 | 101 East 10th Street | Suite 300 | Hastings | MN | 55033 | USA |
| Hunter Truck Sales & Service LLC | 5,757.85 | 480 Pittsburgh Rd | | Butler | PA | 16002 | USA |
| RB Payson LLC | 5,588.80 | 2265 E Murray Holladay Road | | Holladay | UT | 84117 | USA |
| Kenworth of Louisiana, LLC | 5,460.63 | PO Box 1450 | | Gray | LA | 70359 | USA |
| Guardian Life Insurance Company of America | 5,183.40 | PO Box 677458 | | Dallas | TX | 75267 | USA |
| Interstate Power Systems Inc - Billings | 5,043.46 | 1140 Main St Billings | | Billings | MT | 59105 | USA |
| Master's Leasing & Rental | 4,506.18 | 800 Quik Trip Way | | Belton | MO | 64012 | USA |
| Kenworth Sales Company | 4,340.39 | Dept #001 | PO Box 27088 | Salt Lake City | UT | 84127-0088 | USA |
| City of Gillette | 3,689.59 | Dept of Finance/Customer Service Div | PO Box 3003 | Gillette | WY | 82717-3003 | USA |
| Lone Tree Village Investors LLC | 3,448.89 | 401 S Russell Ave | Lot #1 | Douglas | WY | 82633 | USA |
| Montana Works | 3,354.90 | PO Box 6609 | | Bozeman | MT | 59711 | USA |
| Ostrom Enterprises Inc | 3,079.25 | 2459 Falconer-Frewsburg Rd | | Jamestown | NY | 14701 | USA |
| Lawson Products, Inc. | 3,043.09 | 8770 W Bryn Mawr Ave | Ste 900 | Chicago | IL | 60631-3515 | USA |
| Chabill's Tire & Auto Service LLC | 2,955.56 | PO Box 2504 | | Morgan City | LA | 70381 | USA |
| Gasstop Two | 2,818.10 | PO Box 545 | | Gillette | WY | 82717 | USA |
| Hanser Wrecker Company Inc | 2,760.00 | 11 River St | | Big Timber | MT | 59011 | USA |
| Northern Desert Mechanical LLC | 2,750.00 | 621 Westcott Dr | | Spring Creek | NV | 89815 | USA |
| Esbrook Law PC | 2,465.50 | 321 N Clark | Suite 1930 | Chicago | IL | 60654 | USA |
| B & W Wrecker Service | 2,421.25 | 20 S Garden St. | | Boise | ID | 83705 | USA |
| Anthony L Brinkoetter | 2,200.00 | PO Box 2160 | | Winnemucca | NV | 89446 | USA |
| Cummins | 2,076.40 | 2600 E 2nd St | | Gillete | WY | 82601 | USA |
| Cintas Corporation | 2,001.16 | PO Box 630910 | | Cincinnati | OH | 45263-0910 | USA |
| HRT Rentals | 1,929.00 | 175 Main Boulder Rd | | Big Timber | MT | 59011 | USA |
| Doyle's Diesel & Sons Inc | 1,896.98 | 1949 South Main | | Nephi | UT | 84648 | USA |
| HotelEngine Inc | 1,896.71 | Dept CH 17483 | | Palatine | IL | 60055-7483 | USA |
| Gem State Paper & Supply Company | 1,755.75 | PO Box 469 | | Twin Falls | ID | 83303-0469 | USA |
| Alsco Uniforms | 1,724.60 | 3200 Prospector Dr | | Casper | WY | 82604 | USA |
| Ascendance Truck Centers | 1,722.07 | 795 Greenville Pike | | Clarion | PA | 16214 | USA |
| Autobody Products Inc | 1,717.03 | 133 S Monroe St | | Butler | PA | 16001-6027 | USA |
| HDDA -Billings LLC | 1,677.50 | 5500 Midland Rd | | Billings | MT | 59102 | USA |
| Hovis Auto Truck & Supply | 1,654.81 | 422 W Jefferson St | | Butler | PA | 16001 | USA |
| Commercial Tire Inc | 1,560.54 | 2095 E Commercial Street | | Meridian | ID | 83642 | USA |
| ALSCO | 1,518.15 | 2254 East Braniff Street | | Boise | ID | 83716 | USA |
| North Platte Agency LLC | 1,425.90 | 1835 Madora Ave | Suite 2 | Douglas | WY | 82633 | USA |
| 4W Properties | 1,342.00 | PO Box 2281 | | Glenrock | WY | 82637 | USA |

**Wynne Transportation Holdings, LLC**
Unpaid AP Detail as of Conversion Date | Post-Petition Only                                                                                                                                March 13, 2025

| Name | Amount | Address 1 | Address 2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Big Sky Linen & Uniform Inc | $1,289.31 | 715 Central Ave | | Billings | MT | 59102 | USA |
| Splash Truck And Auto Wash LLC | 1,217.19 | 1501 Oakwood Dr | | Elko | NV | 89801 | USA |
| Schon LLC | 1,200.00 | PO Box 660 | | Wright | WY | 82732 | USA |
| UniFirst Corporation | 1,113.57 | PO Box 650481 | | Dallas | TX | 75265-0481 | USA |
| Waste Management of Texas Inc | 1,057.88 | WM-GOLDEN TRIANGLE | PO BOX 3020 | MONROE | WI | 53566-8320 | USA |
| EAL Tires LLC | 843.53 | 1990 High Noon Rd | | Elko | NV | 89801 | USA |
| Andrews Myers PC | 835.20 | 1885 Saint James Place | 15th Floor | Houston | TX | 77056 | USA |
| Peoples Gas | 784.33 | PO Box 747105 | | Pittsburg | PA | 15274-7105 | USA |
| Visionary Broadband | 771.70 | P.O. Box 2799 | | Gillette | WY | 82717 | USA |
| Industrial Communications & Electronics Inc Billings | 766.00 | PO Box 31632 | | Billings | MT | 59107 | USA |
| I-State Truck Centers | 712.23 | NW 7246 | P O Box 1450 | Minneapolis | MN | 55485-7246 | USA |
| Gustavo Cardenas | 700.00 | 4162 Weisenberger Dr | | Dallas | TX | 75212 | USA |
| Cummins Sales & Service | 699.72 | PO Box 772639 | | Detroit | MI | 48277 | USA |
| Norco | 647.86 | LB 413124 | PO Box 35144 | Seattle | WA | 98124 | USA |
| Bridgestone Hosepower LLC | 645.04 | 50 Industrial Loop N | | Orange Park | FL | 32073 | USA |
| AT&T | 643.68 | PO Box 6463 | | Carol Stream | IL | 60197 | USA |
| Crowe Fleet Management | 605.07 | 11114 Autumn Mist CV | | Magnolia | TX | 77354 | USA |
| Cintas - Billings | 571.12 | South 53rd St West | | Billings | MT | 59106 | USA |
| C & B Auto Parts | 570.89 | 705 Great Basin Blvd | | Ely | NV | 89301 | USA |
| Tenstreet, LLC | 552.09 | 120 W 3rd Street | Suite 101 | Tulsa | OK | 74103 | USA |
| YESCO Outdoor Media LLC | 550.00 | PO Box 3811 | | Seattle | WA | 98124 | USA |
| Elko Broadcasting Company, Inc | 500.00 | 1800 Idaho Street | | Elko | NV | 89801 | USA |
| Waste Management Corporate Services, Inc | 478.95 | PO BOX 55558 | | Boston | MA | 02205 | USA |
| Optimum business | 477.23 | PO Box 70340 | | Philadelphia | PA | 19176 | USA |
| United Rentals (North America) Inc | 476.20 | 6657 E Idaho St | | Elko | NV | 89801-9581 | USA |
| A Team Cleaning | 450.00 | PO Box 5140 | | Gillette | WY | 82717 | USA |
| Waste Management National Services Inc. | 416.36 | PO BOX 740023 | | Atlanta | GA | 30374-0023 | USA |
| Susan Carter | 406.50 | 5135 East Ramsey Rd | | Sierra Vista | AZ | 85650 | USA |
| Yellowstone Contractor | 400.00 | 17 Cokedale Spur | | Livingston | MT | 59047 | USA |
| Fedex | 394.24 | Dept CH PO Box 10306 | | Palatine | IL | 60055-0306 | USA |
| Kristy M Lewis | 377.50 | PO Box 904 | | New Castle | WY | 82701 | USA |
| Wyoming Lawn Pro | 300.00 | PO Box 332 | | Gillette | WY | 82717 | USA |
| Aim Technologies | 277.50 | PO Box 1352 | | Madisonville | LA | 70447 | USA |
| Beartooth Industries | 254.10 | PO Box 925 | | Red Lodge | MT | 59068 | USA |
| Desert Disposal | 250.00 | 4062 W WMCA Blvd | | Winnemucca | NV | 89445 | USA |
| Payson Auto Supply | 204.53 | 190 East 100 North | | Payson | UT | 84651 | USA |
| Park County Fair | 203.30 | 46 View Vista Dr | | Livington | MT | 59047 | USA |
| Landry Supply, Inc | 186.28 | PO Box 1270 | | Lake Charles | LA | 70602 | USA |
| Ruby Mountain Natural Spring Water | 167.69 | HC 30-340 | | Spring Creek | NV | 89815 | USA |
| T-Chek | 161.01 | 1 Hancock St | | Portland | ME | 04101 | USA |
| FleetPride Inc | 114.35 | PO Box 847118 | | Dallas | TX | 75284-7118 | USA |
| Kieffer Sanitation | 110.11 | 3000 N US Hwy 14-16 | | Gillette | WY | 82716 | USA |
| Dean Ward DC | 85.00 | 618 Idaho St | Suite 3 | Elko | NV | 89801 | USA |
| Western States Investments LLC DBA Royal Carwash | 64.31 | P.O. Box 1937 | | Winnemucca | NV | 89446 | USA |
| National Welding Supply Co. INC | 26.83 | P.O. BOX 9786 | | New Iberia | LA | 70562-9786 | USA |
| Bortz Inc dba Wyoming Water Solutions | 22.50 | 605 E 7th Street | | Gillette | WY | 82716 | USA |
| Laramie Range Water Treatment & Plumbing. LLC | 10.00 | 200 Oak St | | Douglas | WY | 82633 | USA |
| RL Frank Septic | (285.00) | 96 Old Mill Rd | | Park City | MT | 59063 | USA |
| First Advantage | (1,691.84) | One Concourse Pkwy | Ste 200 | Atlanta | GA | 30328 | USA |
| HealthEquity Inc | (6,876.03) | P.O. Box 14374 | | Lexington | KY | 40512 | USA |
| **Total** | **$1,068,135.62** | | | | | | |